**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00032-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE SILVERIO LOZANO-JACQUES,
    a/k/a   Jose Lozano-Jacquez,
           Jose Silverio Lozano-Jacquez,
           Jose Silberio Lozano-Jacquez,

    Defendant.

---

## MINUTE ORDER[1]

---

    The matter comes before the court on the **Entry of Appearance** [#23] filed April 6, 2010. On **April 14, 2010**, commencing at 9:00 a.m., the court shall conduct a status/scheduling conference in this matter. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated: April 6, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.