**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00032-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JOSE SILVERIO LOZANO-JACQUES,
      a/k/a   Jose Lozano-Jacquez,
             Jose Silverio Lozano-Jacquez,
             Jose Silberio Lozano-Jacquez,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The matter comes before the court on the defendant's **Motion To Continue**. On **May 18, 2010**, commencing at 10:30 a.m., the court shall conduct a telephonic setting conference to set a hearing on defendant's motion. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

      Dated: May 14, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.